UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 22-20593-DSL

**UNITED STATES OF AMERICA,**
Plaintiff,

vs.

**LLOYD KENT THOMAS, JR.,**
Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court in the matter of the Government's "Unopposed Motion to Dismiss the Indictment Against Defendant Lloyd Kent Thomas, Jr., Based on Successful Completion of Term of Pretrial Diversion" ("the Motion") [ECF No. 21]. The Court being fully advised and based upon the Defendant's successful completion of the agreed-upon term of supervision, it is hereby **ORDERED AND ADJUDGED** that the Government's Motion [ECF No. 21] is **GRANTED.**

The Indictment filed in the above-captioned case as to Defendant Lloyd Kent Thomas, Jr., is and shall be **DISMISSED.**

**DONE AND ORDERED** in the Southern District of Florida on September 24, 2025.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record